# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| AMILI BLAKE,<br><br>  Plaintiff,<br><br>v.<br><br>ADAPTHEALTH LLC d/b/a<br>MEDBRIDGE HOME MEDICAL,<br><br>  Defendant. | CIVIL ACTION FILE NO.<br><br>1:21-cv-00933-CAP-CMS |

## VOLUNTARY DISMISSAL

COMES NOW Plaintiff Duane Bull, through his undersigned attorney of record, and files this Voluntary Dismissal in the above-referenced action.

Respectfully submitted this 8th day of June, 2021.

                                                       THE KIRBY G. SMITH LAW FIRM, LLC

                                                       s/Amanda M. Brookhuis
                                                       Amanda Brookhuis
                                                       Georgia Bar No. 601396

4488 North Shallowford Road
Suite 105
Atlanta, GA 30338
Phone: 844-454-7529
Fax: 877-352-6253
amb@kirbygsmith.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AMILI BLAKE,<br><br>    Plaintiff,<br><br>v.<br><br>ADAPTHEALTH LLC d/b/a<br>MEDBRIDGE HOME MEDICAL,<br><br>    Defendant. | CIVIL ACTION FILE NO.<br><br>1:21-cv-00933-CAP-CMS |

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed this Voluntary Dismissal with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all Parties.

This 8th day of June, 2021.

                                     THE KIRBY G. SMITH LAW FIRM, LLC

                                     s/Amanda M. Brookhuis
                                     Amanda M. Brookhuis
                                     Georgia Bar No. 601396
                                     *Attorney for Plaintiff*